IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN A. GONZALEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et al,<br><br>               Defendants. | 4:09CV3146<br><br>**MEMORANDUM AND ORDER** |

The court has reviewed the docket sheet for this case and has concluded there is an attorney appearance error.

Accordingly, on the court's own motion,

IT IS ORDERED that Herbert J. Friedman, who does not represent the plaintiff or any other party in the above-captioned action, shall be terminated on the docket sheet of this case.

February 12, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge